**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

CONSTANTINO CARRERA,
　　　　　*Petitioner-Appellant,*

　　　　　v.

ROBERT L. AYERS Jr., Warden of
the California State Prison at San
Quentin,
　　　　　*Respondent-Appellee.*

No. 08-99007

D.C. No.
1:90-CV-00478-
AWI

ORDER

Filed April 12, 2012

---

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.